IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KENNETH E. SCOTT                                                         PLAINTIFF

v.                        Civil No. 13-4114

CAPTAIN GODBOLT, Jail Administrator,
Hempstead County, Arkansas                                 DEFENDANT

## ORDER

Kenneth E. Scott, currently an inmate of the Hempstead County Detention Center, has submitted for filing in this district a *pro se* civil rights action under 42 U.S.C. § 1983. I find the complaint should be provisionally filed prior to a determination regarding Plaintiff's status as a pauper and service of process. The United States District Clerk is directed to file the complaint.

With his complaint, Plaintiff submitted an *in forma pauperis* (IFP) application. However, he failed to have the certification regarding inmate funds held in his name completed. For this reason, **the Clerk is directed to send Plaintiff a blank IFP application (prisoner form).** Plaintiff is given until **December 20, 2013**, to either have the certificate portion of the IFP application completed by the appropriate detention center official and return the application to this Court for review and filing or pay the $350 filing fee and $50 administrative fee, a total of $400. **If the Plaintiff fails to return the completed IFP application or pay the $400 by December 20, 2013, the complaint will become subject to summary dismissal for failure to obey an order of the Court.**

-1-

AO72A
(Rev. 8/82)

Plaintiff is advised that he is required to immediately inform the Court of any change of address. Plaintiff shall submit a change of address on a separate piece of paper entitled "Notice to the Court of Change of Address" and not include any motions or otherwise request relief in this document. The notice shall contain only information pertaining to the address change. Failure to inform the Court of an address change may result in the dismissal of this case.

IT IS SO ORDERED this 25th day of November 2013.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
**NOV 2 5 2013**
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

AO72A
(Rev. 8/82)